**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01520-CR

**DARRYL RAYNARD GORDON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30600-422**

## ORDER

The Court has before it appellant's March 20, 2013 motion for an extension of time to file a supplemental brief in support of the brief filed by his attorney. Appellant is not entitled to hybrid representation. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981). Accordingly, we **DENY** appellant's March 20, 2013 pro se motion.

/s/    DAVID EVANS
JUSTICE